**Dismissed; Opinion Filed April 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00203-CV

**HARRISON LEWIS, Appellant**
**V.**
**TROIX CRAIG WATKINS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00345-2019**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Nowell

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated February 15, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated February 15, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated February 25, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten

days.  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

190203F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HARRISON LEWIS, Appellant

No. 05-19-00203-CV          V.

TROIX CRAIG WATKINS, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-00345-2019.
Opinion delivered by Justice Nowell.
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TROIX CRAIG WATKINS recover his costs of this appeal from appellant HARRISON LEWIS.

Judgment entered this 9th day of April, 2019.